NUMBER 13-04-217-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
DWS INTERNATIONAL, INC.,                                             Appellant,

v.

KLEIN ASSOCIATES, INC.,                                                  Appellee.
____________________________________________________________________

On appeal from the 214th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez, and Justices Hinojosa and Castillo
Memorandum Opinion Per Curiam

         Appellant, DWS INTERNATIONAL, INC., perfected an appeal from a judgment
entered by the 214th District Court of Nueces County, Texas, in cause number 03-4844-F. After the record and briefs were filed, the parties filed a motion to dismiss
the appeal. In the motion, the parties state that they have settled and compromised
their differences. The parties request that this Court dismiss the appeal and that costs
be adjudged against the party incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of August, 2004.